Dismissed for the want of jurisdiction. *South Carolina* v. *Seymour,* 153 U. S. 353, 357; *United States* v. *Lynch,* 137 U. S. 280, 286; Code District of Columbia, § 233. *Mr. Arthur A. Birney* and *Mr. Charles A. Ray* for appellant. *The Attorney General* and *The Solicitor General* for appellees.

*Decisions on Petitions for Writs of Certiorari from December 12, 1905 to February 26, 1906.*

No. 512. THE IROQUOIS TRANSPORTATION COMPANY, ETC., PETITIONER, *v.* A. HARVEY'S SONS MANUFACTURING COMPANY. December 18, 1905. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Charles E. Kremer* for petitioner. *Mr. Henry B. Graves* for respondent.

No. 516. THE UNITED STATES, PETITIONER, *v.* GEORGE RIGGS & Co. January 2, 1906. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit granted. *The Attorney General, The Solicitor General* and *Mr. Assistant Attorney General McReynolds* for petitioner. *Mr. Charles Curie* and *Mr. W. Wickham Smith* for respondents.

No. 452. NOME BEACH LIGHTERAGE AND TRANSPORTATION COMPANY, PETITIONER, *v.* THE STANDARD MARINE INSURANCE COMPANY. January 2, 1906. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Aldis B. Browne* and *Mr. Francis J. Heney* for petitioner. *Mr. T. C. VanNess* and *Mr. William Denman* for respondent.

No. 504. COPPER RIVER MINING COMPANY, PETITIONER, *v.* R. F. McCLELLAN ET AL. January 2, 1906. Petition for a